|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

O. Z. MARTIN,                                    No.  2:20-cv-1536 WBS CKD P

          Plaintiff,

   v.                                              <u>ORDER</u>

PETRAS, et al.,

          Defendants.

      On November 20, 2020, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. § 1915A(a).  The court found that plaintiff's complaint violates Rule 8 of the Federal Rules of Civil Procedure which requires that pleadings be short and plain.  Plaintiff's original complaint is 29 pages and would be about 75 pages if plaintiff's handwriting approximated normal font size and spacing.  Accordingly, plaintiff's complaint was dismissed with leave to amend, and plaintiff was advised that any amended complaint must not exceed 20 pages with normal spacing and font size.

      Plaintiff filed a document on December 14, 2020 objecting to the court's order.  While it is not clear, plaintiff suggests he does not understand the meaning of the phrase "normal spacing and font size."  To the extent this is the case, plaintiff is informed that this order is written with what would generally be considered normal spacing and font size.

/////

Good cause appearing, plaintiff will be granted additional time to file an amended complaint which complies with the court's November 20, 2020 order.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted 30 days within which to file an amended complaint which complies with the court's November 20, 2020 order. Failure to do so will result in a recommendation that this action be dismissed.

Dated: January 6, 2021

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mart1536.ext