UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN, | No. 2:20-cv-1536 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| DR. PETRAS, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that he be permitted to exceed the 20-page limitation imposed by the court with respect to plaintiff's amended complaint. Having reviewed plaintiff's amended complaint (ECF No. 15) and good cause appearing, plaintiff's motion (ECF No. 14) is granted. A screening order with respect to the contents of the amended complaint will issue separately.

Dated: April 28, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mart1536.mte