

United States District Court
Eastern District of California

Plaintiff(s)

V.

Defendant(s)

Case Number: _____

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

On _____ (date), I was admitted to practice and presently in good standing in the _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____                Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Address: _____

_____

City: _____   State: _____   Zip: _____

Phone Number w/Area Code: _____

City and State of Residence: _____

Primary E-mail Address: _____

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: _____

Law Firm Name: _____

Address: _____

_____

City: _____   State: _____   Zip: _____

Phone Number w/Area Code: _____    Bar # _____

## **ORDER**

Dated: _____    *Carolyn K. Delaney*
                                                     JUDGE, U.S. DISTRICT COURT

# EXHIBIT A

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## William McDonald Plosser

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 13, 2014, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 5th day of November, 2020.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Adam F. Bennett, D.C.

## EXHIBIT TO APPLICATION FOR ADMITTANCE PRO HAC VICE

## W. MCDONALD PLOSSER ADMITTANCES

- Tennessee – 11/13/2014

- U.S. Court of Appeals for the Second Circuit – 11/2020

- U.S. District Court for the Western District of Tennessee – 2015