UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. PETRAS, et al.,<br><br>  Defendants. | No.  2:20-cv-1536 WBS CKD P<br><br><br><br>ORDER |

On July 19, 2021 defendants Merck, Sharp and Dohme filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion to dismiss. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  August 24, 2021

_[signature: Carolyn K. Delaney]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mart1536.46osc