IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **O. Z. MARTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. PETRAS, et al.,**<br><br>Defendants. | 2:20-cv-01536 WBS CKD<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** Defendants' second motion to modify the Discovery and Scheduling Order is **GRANTED.** The deadline to file motions to compel is extended to November 28, 2022, and the deadline to file a dispositive motion is vacated, pending a ruling by the Court on Defendants' motions to compel.

Dated: September 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE