UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O. Z. MARTIN, | No. 2:20-cv-1536 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| PETRAS, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an opposition to defendants' November 22, 2022, and November 28, 2022, motions to compel. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 65) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motions to compel (ECF No.'s 63 & 64). Failure to respond to the motions to compel will result in a recommendation that this action be dismissed.

Dated: December 23, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
mart1536.36