IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **O. Z. MARTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. PETRAS, et al.,**<br><br>Defendants. | 2:20-cv-01536 WBS CKD P<br><br>**ORDER** |

**GOOD CAUSE APPEARING, IT IS ORDERED** that Defendants' Administrative Motion to Conduct Deposition by Videoconference and for Relief from Court Reporter Physical Presence Requirement Under Fed. Rules Civ. P. 28 and 30 (ECF No. 77) is **GRANTED**. The Plaintiff's deposition may proceed by videoconference and the court reporter is not required to be in the same physical location as the Plaintiff during his deposition.

Dated:  September 14, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE