UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN, | No. 2:20-cv-1536 WBS CKD P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| PETRAS, et al., | |
| Defendants. | |

On August 16, 2023, plaintiff was ordered to pay counsel for defendants Dr. Ota and Dr. Petras $1,320 and counsel for defendant Dr. Liu $900 as reimbursement for costs associated with bringing motions to compel which were granted. Counsel for defendants were ordered to serve plaintiff with instructions as to where payment should be made and serve a copy of said instructions with the court. The copies were served on the court on August 17 and 18, 2023. Plaintiff was ordered to make payment upon counsel for defendants and file a certificate with the court indicating that he has done so within 30 days of service of the payment instructions. Plaintiff has not filed the required certificate.

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that plaintiff show cause within 21 days why this action should not be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to follow court orders. Failure to respond to this order to show cause will result in a recommendation that this action be dismissed.

Dated: October 3, 2023

*[signature]*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] mart1536.osc