UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN, | No. 2:20-cv-1536 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| PETRAS, et al., | |
| Defendants. | |

On October 3, 2023, the court ordered plaintiff to show cause why this action should not be dismissed for plaintiff's failure to follow court orders. Specifically, the court ordered plaintiff to pay counsel for defendants Dr. Ota and Dr. Petras $1,320 and counsel for defendant Dr. Liu $900 as reimbursement for costs associated with bringing motions to compel which were granted and plaintiff did not comply. Plaintiff filed a response to the court's order to show cause on October 23, 2023. Good cause appearing, IT IS HEREBY ORDERED that defendants may file a reply to plaintiff's response within fourteen days.

Dated: November 8, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mart1536.res