UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>                    Plaintiff,<br><br>     v.<br><br>PETRAS, et al.,<br><br>                    Defendants. | No. 2:20-cv-1536 WBS CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file oppositions to defendant Petras, Ota, and Liu's motions for summary judgment (ECF Nos. 91 & 92). Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 93) is granted; and

2. Plaintiff is granted up to and including June 22, 2024, in which to file oppositions to defendants' motions for summary judgment. Failure to file oppositions by that date will result in a recommendation that this action be dismissed without prejudice.

Dated:  May 6, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
mart1536.36