IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **O. Z. MARTIN,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**DR. PETRAS, et al.,**<br><br>                              Defendants. | 2:20-cv-01536 WBS CKD<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** Defendants Petras and Ota's motion for administrative relief is **GRANTED.** The deadline to file a Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment is extended to July 23, 2024.

Dated: June 27, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2021302959
38228101.docx