UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETRAS, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-1536 WBS CKD P<br><br><br>ORDER |

　　　Plaintiff has filed a motion in which plaintiff seeks permission to submit a declaration that exceeds 20 pages in support of his opposition to defendants' motions for summary judgment. Because the court did not impose a page limitation with respect to a declaration in support of a summary judgment brief, the motion (ECF No. 95) is denied as unnecessary.

Dated:  October 18, 2024

　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
mart1536.20