UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Z. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETRAS, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-1536 WBS CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 27, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

　　　　The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Dr. Liu's motion for summary judgment (ECF No. 92) is GRANTED;

2. Dr. Petras and Dr. Ota's motion for summary judgment (ECF No. 91) is GRANTED; and

3. This case is closed.

Dated: February 26, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2